THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>                  Defendant. | 2:13-cr-00186-GMN-VCF<br><br>MINUTES OF THE COURT<br><br>DATED: October 23, 2013 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERKS: Michael Zadina          COURT RECORDER: Araceli Bareng/Joan Quiros

COUNSEL FOR PLAINTIFF: Cristina Silva and Phillip Smith

COUNSEL FOR DEFENDANT: Rebecca Levy and Shari Kaufman

MINUTES OF PROCEEDINGS: Jury Trial (Day 3)

9:12 a.m.  The Court convenes outside the presence of the jury.

The Court advises counsel Juror #5 has become ill and is undergoing medical treatment for her condition.  The Court and the parties discuss whether to excuse Juror #5.  The Court asks the Clerk to contact Juror #5 to determine her availability in the afternoon.  The clerk advised the Court Juror #5 will be able to be return at 1:00 p.m. to resume the jury trial.  The Court instructs the parties to return at 1:00 p.m.

9:59 a.m.  The Court stands at recess.

1:08 a.m.  The Court reconvenes outside the presence of the jury.

**IT IS ORDERED** that motions (#64-66) are stricken.

1:25 p.m.  The Court convenes in the presence of the jury.  All parties are present.

**EBONY MCGHEE,** is called to the stand, sworn and testified on direct examination by Mr. Smith, cross examination by Ms. Levy, then excused.
*Exhibits 10A-10N marked and admitted.  Court exhibit 9 marked.*

**DANIEL PUTNEY**, is called to the stand, sworn and testified on direct examination by Mr. Smith, cross examination by Ms. Kaufman, re-direct examination by Mr. Smith, then excused.
*Exhibits 11, 501 marked and admitted.  Court exhibit 10 marked.*

**OFFICER B. RICH**, is called to the stand, sworn and testified on direct examination by Mr. Smith, cross examination by Ms. Kaufman, then excused.
*Court exhibits 11 and 12 marked.*

**LESLIE TAYBRON**, is called to the stand, sworn and testified on direct examination by Mr. Smith, cross examination by Ms. Levy, re-direct examination by Mr. Smith, then excused.
*Exhibits 9 marked and admitted.  Court exhibits 13 and 14 marked.*

**KRISTIAN FULLER**, is called to the stand, sworn and testified on direct examination by Ms. Silva, cross examination by Ms. Levy, follow-up examination by Ms. Levy, then excused.
*Exhibit 13 marked and admitted.  Court exhibit 15 marked.*

**JACQUELINE WHITE**, is called to the stand, sworn and testified on direct examination by Ms. Silva, cross examination by Ms. Levy, follow-up examination by Ms. Silva, then excused.
*Court exhibits 16 and 17 marked.*

**DIANA EDWARDS**, is called to the stand, sworn and testified on direct examination by Ms. Silva, cross examination by Ms. Levy, then excused.
*Exhibit 502 marked, but not admitted*

3:50 p.m.  The Court stands at recess.

4:16 p.m.  The Court reconvenes in the presence of the jury.  All parties are present.

**OFFICER RYAN. COURTNEY**, is called to the stand, sworn and testified on direct examination by Ms. Silva, then excused.

**NOREEN CHARLTON**, is called to the stand, sworn and testified on direct examination by Ms. Silva, cross examination by Ms. Levy, then excused.
*Exhibits 41A-14G, 20A-20F marked and admitted.*

**WILLIAM SPEAS**, is called to the stand, sworn and testified on direct examination by Mr. Smith, then excused.
*Exhibits 16A-16G marked and admitted.*

**SHAUNA FOSTER,**  is called to the stand, sworn and testified on direct examination by Ms. Silva, cross examination by Ms. Levy, then excused.
*Exhibits 17, 51 marked and admitted.*

**IT IS HEREBY ORDERED** the criminal jury trial in this matter is continued to **Thursday, October 24, 2013, at 10:00 a.m.**

Jurors admonished and excused.

5:14 p.m.  Court adjourns.

                                LANCE S. WILSON, CLERK
                                U.S. DISTRICT COURT

                                BY:_____/S/_____
                                Michael Zadina, Deputy Clerk