# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00186-GMN-VCF |
| vs. | **MINUTE ORDER** |
| ABDUL HOWARD, | |
| Defendant. | |

This matter has been referred to the undersigned to set a deadline to file a motion to suppress defendant's statement and anything related to Officer J. Logan's misconduct. (#70).

Accordingly,

IT IS HEREBY ORDERED that any motion to suppress defendant's statement and anything related to Officer J. Logan's misconduct must filed on or before December 20, 2013. The motions will be briefed in the ordinary course.

DATED this 20th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE