# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>　　　　　Defendants. | 2:13–cr–186–GMN–VCF<br><br>**MINUTE ORDER** |

PRESENT:      THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:      Mai Tieu      RECORDER:      None

COUNSEL FOR PLAINTIFF(S):            None Appearing

COUNSEL FOR DEFENDANT(S):            None Appearing

　　　Before the court is Howard's motion for a status check (#89). Howard's attorney, Assistant Federal Public Defender Rebecca Levy, requests a status check because her client filed a *pro se* appeal of mistrial. On January 8, 2014, Howard voluntarily withdrew his appeal. (*See* Doc. #99). The court's review of the record indicates that Howard's withdrawal of the appeal obviates Attorney Levy's need for a status check. Therefore, the motion for a status check (#89) is denied as moot.

　　　IT IS THEREFORE ORDERED.

　　　DATED this 11th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1