DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00186-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| ABDUL HOWARD, | |
| Defendant. | |

Based on the Motion of the Government and the Defendant, and good cause appearing therefore, IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department shall produce any and all records and documents to include recordings related to the Internal Affairs investigation into former Officer Joshua Logan's (LVMPD P#13462) conduct while employed by the Las Vegas Metropolitan Police Department, no later than 9:00 a.m., May 14, 2014.

DATED this _____ day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE