DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:13-cr-00186-GMN-VCF |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| ABDUL HOWARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based on the Motion of the Government and the Defendant, and good cause appearing

therefore, IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police Department shall

produce any and all records and documents to include recordings related to the Internal Affairs

investigation into former Officer Joshua Logan's (LVMPD P#13462) conduct while employed

by the Las Vegas Metropolitan Police Department, no later than 9:00 a.m., May 14, 2014.

**DATED** this 13th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court