1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   REBECCA A. LEVY
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax

6  Attorneys for Abdul Howard

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9   UNITED STATES OF AMERICA,          2:13-cr-00186-GMN-VCF

10                     Plaintiff,

11                                      ᵖ ORDER
    vs.
12
    ABDUL HOWARD, aka
13  LESLIE LONG,
                       Defendant.
14

15          Based on the Motion of the Defendant and good cause appearing therefore,

16  IT IS HEREBY ORDERED that the Las Vegas Metropolitan Police department shall produce to

17  defense counsel by Wednesday, May 21, 20414 no later than 5:00 pm.:

18          Any and all CAD and MDT print outs and audio recordings of all
            communications records/audio files of radio transmissions, including
19          base to car, car to base, car to car and telephone calls with time
            stamps, involving any LVMPD officers requesting Wants and
20          Warrants Check Channel, Field Interview Card Checks, motor vehicle
            information and all records checks on any LVMPD communications
21          channel or MDT on February 19, 2013 between the hours of 8:00 PM
            and 12:00 Midnight, from the Bolden Area Command division of the
22          Las Vegas Metropolitan Police Department.

23          Any and all reports/ radio communications involving Detective C.
            Tucker and Detective B. Penny on February 19, 2013 between the
24          hours of 8:00 PM and 12:00 Midnight, from the Bolden Area
            Command division of the Las Vegas Metropolitan Police Department.

25  DATED this __20__ day of May, 2014. 8:36 AM

26

27  _____
    Gloria M. Navarro, Chief Judge
28  United States District Court

                            2