ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

MAY 29 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                                   DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>Defendant. | 2:13-cr-00186-GMN-VCF<br><br>**ORDER** |

Upon consideration of Defendant Abdul Howard's Motion to Show Cause why the Las Vegas Metropolitan Police Department cannot comply with the subpoena duces tecum served upon it, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion for Order to Show Cause is GRANTED.

IT IS FURTHER ORDERED that the Las Vegas Metropolitan Police Department shall APPEAR before this Court on ~~May~~ JUNE 2, 2014, at 8:30 A.m. to demonstrate cause for its failure to comply with the May 19, 2014 subpoena issued to it.

DATED this 29 day of May, 2014, 8:39.m.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
United States District Court

4