THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>                     Defendant. | 2:13-cr-00186-GMN-VCF<br><br>MINUTES OF THE COURT<br><br>DATED: June 5, 2014 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERKS: Michael Zadina       COURT RECORDER: Joan Quiros

COUNSEL FOR PLAINTIFF: Cristina Silva and Phillip Smith

COUNSEL FOR DEFENDANT: Rebecca Levy and Shari Kaufman

MINUTES OF PROCEEDINGS: Jury Trial (Day 12)

9:48 a.m.  The Court convenes outside the presence of the jury.

The Court and counsel canvass Juror #3 on the note received.  Juror #3 is dismissed.  Ms. Kaufman's oral motion for a mistrial is denied.  Jurors #13 canvassed.  Alternate Juror #14 recalled and canvassed.

10:22 a.m.  The Court stands at recess.

11:24 a.m.  The Court reconvenes outside the presence of the jury.

The Court makes preliminary statements and hears representations of Mr. Smith and Ms. Kaufman regarding the dismissal of Juror #3.  Ms. Kaufman's oral motions for a continuance and dismissal of Juror #13 are denied.

11:36 a.m.  The Court reconvenes in the presence of the jury.  All parties are present.

The Court reads the supplemental jury instruction.  Jury excused to continue deliberations.

11:38 a.m.  The Court stands at recess.

2:47 p.m.  The Court reconvenes outside the presence of the jury.

The Court hears arguments on the pending of Mr. Smith and Ms. Kaufman regarding the Motion for Mistrial (#182/183).  IT IS ORDERED that the Motion for Mistrial (#182/183) is denied.

2:56 p.m.  The Court reconvenes in the presence of the jury.  All parties are present.

The verdict is read in open court.  The jury finds the Defendant guilty of Counts 1-27 of the Superseding Indictment.

**IT IS ORDERED that Sentencing is set for Thursday, November 6, 2014, at 9:00 a.m.**

The Court thanks and excuses the jury from jury service.

The Court signs the preliminary order of forfeiture.

3:18 p.m.  Court adjourns.

                    LANCE S. WILSON, CLERK
                    U.S. DISTRICT COURT

                    BY:_____/S/_____
                    Michael Zadina, Deputy Clerk