

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD<br><br>Defendant. | District No.   2:13-cr-0186 GMN VCF |

### ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On August 28, 2014 this court received a transcript order form dated August 28, 2014 requesting Transcript of hearing held on May 9, 2014 from Shari Kaufmanl, counsel for the Defendant, in which portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 29 day of August, 2014

_____
GLORIA M NAVARRO
United States District Chief Judge