# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                           )<br>                        Plaintiff,         )<br>       vs.                                             )<br>                                                           )<br>ABDUL HOWARD,                        )<br>                                                           )<br>                        Defendant.    )<br>_____ ) | Case 2:13-cr-00186-GMN-VCF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO POSTPONE SENTENCE DATE AND FOR AN ORDER DIRECTING U.S. PROBATION TO CONDUCT AN INTERVIEW WITH DEFENDANT AND PREPARE A PRESENTENCE INVESTIGATION REPORT** |

Before the Court is Defendant's Motion to Postpone Sentence Date and for an Order directing the United States Probation Office to conduct an interview with the Defendant and prepare a Presentence Investigation Report (ECF No. 231) filed on October 16, 2014.

Based on said motion and good cause appearing therefore, the Court hereby **GRANTS** Defendant's Motion (ECF No. 231).  Accordingly,

**IT IS HEREBY ORDERED** that the United States Probation Office shall interview the Defendant and prepare a Presentence Investigation Report as soon as practicable.

**IT IS FURTHER ORDERED** that the Sentence date of November 6, 2014 at 9:00 A.M. is hereby **CONTINUED to January 15, 2015 at 9:30 A.M. in Courtroom 7D**, before the Honorable Gloria M. Navarro, Chief Judge.

**IT IS FURTHER ORDERED** that Defendant's Motion to Withdraw Counsel (ECF No. 200) and Motion for Appointment of Appellate Counsel (ECF No. 201) currently scheduled to follow Defendant's Sentencing on November 6, 2014 at 9:00 A.M. are hereby **CONTINUED to January 15, 2015 at 9:30 A.M. in Courtroom 7D**, before the Honorable Gloria M. Navarro,

Chief Judge.  Hearing on Defendant's Motions (ECF No. 200 and 201) will immediately follow Defendant's imposition of sentence.

**IT IS SO ORDERED** this 21st day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court