1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                )
9                           Plaintiff,           )
                                                )
10          v.                                   )   2:13-CR-186-GMN-(VCF)
                                                )
11   ABDUL HOWARD,                               )
     aka LESLEY LONG,                            )
12                                               )
                            Defendant.           )
13

14                        **FINAL ORDER OF FORFEITURE**

15          On June 9, 2014, the United States District Court for the District of Nevada entered a

16   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United

17   States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the jury

18   verdict finding defendant ABDUL HOWARD aka LESLEY LONG guilty of the criminal offenses,

19   forfeiting specific property set forth in the Forfeiture Allegation of the Superseding Criminal

20   Indictment and shown by the United States to have the requisite nexus to the offenses to which

21   defendant ABDUL HOWARD aka LESLEY LONG was found guilty.  Superseding Criminal

22   Indictment, ECF No. 20; Minutes of Jury Trial, ECF No. 187; Verdict Form, ECF No. 191;

23   Preliminary Order of Forfeiture, ECF No. 193.

24          This Court finds the United States of America published the notice of forfeiture in accordance

25   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

26   from June 12, 2014, through July 11, 2014, notifying all potential third parties; and notified known

third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 207.

Orin Grossman was unable to be personally served with the Notice and Preliminary Order of Forfeiture on July 2, 2014, by the FBI, Christopher W. McPeak, as he is deceased as evidenced by the Declaration of Due Diligence in Service of Process.  Notice of Filing Service of Process, ECF No. 212, p. 9-10.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.  a Smith and Wesson 9-millimeter handgun bearing serial number A184660; and

2.  any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 13th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court