UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cr-00186-GMN-VCF-1 |
| vs. ) | |
| ) | **ORDER** |
| ABDUL HOWARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 28, 2016, the defendant filed a Motion for New Trial (ECF No. 287) and a Motion for a Hearing (ECF No. 288). The government filed a Response (ECF No. 289) to the motions on April 6, 2016. As the government states in the response, "[I]f an appeal is pending, the court may not grant a motion for a new trial until the appellate court remands the case." Fed. R. Crim. P. 33(b)(1). (Resp. in Opp'n to Defs.' Mot. for New Trial 2:19-20).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for New Trial (ECF No. 287) and a Motion for a Hearing (ECF No. 288) are DENIED without prejudice.

**DATED** this __26__ day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court