# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:13-CR-00186-VCF |
| ABDUL HOWARD, | **ORDER** |
| Defendant. | |

Before the court are the Motion to Request Constructive Contempt Order Against Todd Leventhal (ECF No. 317), Motion to Request Complete Discovery from Trial Counsel and Transcript of All Hearings Held, Including Ex-Parte Hearings (ECF No. 319), Motion to Inform the Court of Only Partial Documents Received (ECF No. 320), and Motion for Appointment of Counsel (ECF No. 321).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Request Constructive Contempt Order Against Todd Leventhal (ECF No. 317), Motion to Request Complete Discovery from Trial Counsel and Transcript of All Hearings Held, Including Ex-Parte Hearings (ECF No. 319), and Motion for Appointment of Counsel (ECF No. 321) is scheduled for 11:00 AM, April 15, 2019, in Courtroom 3D.

The Government is directed to arrange the transportation of Mr. Howard from Clark County Detention Center to the hearing on April 15, 2019 at 11:00 AM.

Mr. Todd M. Leventhal is invited to attend the hearing.

The Clerk of Court is directed to email and mail a copy of this order to Mr. Leventhal.

Todd M Leventhal
Leventhal and Associates
626 South Third Street
Las Vegas, NV 89101
Email: leventhalandassociatescmecf@gmail.com

IT IS SO ORDERED.

DATED this 25th day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE