**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:13-cr-00186-GMN-VCF |
| ABDUL HOWARD, | **ORDER** |
| Defendant. | |

Before the court are the Motion to Request Psychiatric Examination Hearing (ECF No. 331) and Motion Request Transcripts of Hearing on 4-15-2019 (ECF No. 333).

This case was tried to a jury in May and June, 2014. The Verdict, ECF No. 191., finding defendant guilty on counts 1-27 of the Indictment, was entered on June 5, 2014. Judgment, ECF No. 252, was entered on January 27, 2015.

All post-judgment motions, appeals, and writs have been decided. All issues properly raised in this case have been decided. This case has been closed for over four years.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Request Psychiatric Examination ECF No. 331 and Defendant's Motion Request Transcripts of Hearing Held 4-15-2019 ECF No. 333 are DENIED as MOOT.

DATED this 1st day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE