# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ABDUL HOWARD, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 2:13-cr-00186-GMN- VCF <br><br> **ORDER** |

Pending before the Court is the Government's Request for Extension of Time to Respond, (ECF No. 345), which concerns several of Defendant Abdul Howard's ("Defendant's") Motions, (ECF Nos. 336, 337, 342). Defendant filed a Response, (ECF No. 348).

The Government seeks an extension of its response deadlines on the basis that all of Defendants' pending Motions require the Government to obtain information not currently in its possession, such as ordering transcripts of relevant proceedings. (Mot. Extend Time 1:21–23). Similarly, the Government's request arises from the time it needs to review the 316 pages[1] of Defendant's 28 U.S.C. § 2255 Motion ("2255 Motion"), (ECF No. 337). For good cause appearing, the Government's Request for Extension of Time, (ECF No. 345), is **GRANTED**.

Additionally, in Defendant's Response, (ECF No. 348), Defendant requests that if the Court grants the Government's Motion, it also order Defendant into federal custody to prepare any reply in support of his 2255 Motion. However, that same request to transfer custody is

---

[1] Also pending before the Court is Defendant's Motion for Information, (ECF No. 339), requesting a description of how many pages the Court received on August 1, 2019, with Defendant's filing of his 2255 Motion. The Court received, in total, 420 pages for the 2255 Motion. The Government correctly notes that roughly 316 pages out of the 420 are substantive arguments and exhibits, with the remaining pages addressing administrative information and placeholders to identify Defendant's exhibits.

currently pending before the Court in Defendant's Motion to Request Access to a Law Library, (ECF No. 342), to which this Order presently grants the Government additional time to file a response. The Court, therefore, will address the merits of Defendant's request to be placed in federal custody when the applicable Motion is fully briefed.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Request for Extension of Time, (ECF No. 345), is **GRANTED**. The Government shall have until November 20, 2019, to file responses to Defendant's Motions, (ECF Nos. 336, 337, 342).

**IT IS FURTHER ORDERED** that Defendant's Motion for Information, (ECF No. 339), **is DISMISSED as moot** because this Order provides the requested information.

**DATED** this 16 day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court