# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ABDUL HOWARD, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:13-cr-00186-GMN-VCF-1 <br><br> **ORDER** |

Pending before the Court is Defendant Abdul Howard's ("Defendant's") Sealed Ex Parte Motion to Withdraw Wendi L. Overmyer as Attorney and Appoint New Counsel, (ECF No. 360). The Motion seeks an order relieving Wendi L. Overmyer and the Office of the Federal Public Defender as attorney of record in this case because of a prohibitive conflict of interest. It further requests the Court appoint CJA counsel for Defendant.

Accordingly, for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion, (ECF No. 360), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court hereby refers this case to the CJA Administrator within the Office of the Federal Public Defender for reassignment to CJA counsel.

**DATED** this __12__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1