NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. S., Ste. 1100
702-388-6336
adam.flake@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-186-GMN-VCF-1 |
| Plaintiff, | **Stipulation to Set Briefing Schedule on Amended Motion to Vacate, Set Aside, or Correct Conviction and Sentence Under 28 U.S.C. § 2255** |
| vs. | |
| ABDUL HOWARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Adam Flake, counsel for the United States of America; and Lisa Rasmussen, counsel for Abdul Howard, that the government's response to Mr. Howard's Amended 28 U.S.C. § 2255 motion, ECF No. 368, be due on October 5, 2020; and that Mr. Howard be permitted to file any reply to that response on or before October 19, 2020. This stipulation is entered into for the following reasons:

1. On July 23, 2020, this Court granted Mr. Howard leave to amend his initial 28 U.S.C. § 2255 motion within three weeks, ordering the government to respond to that motion within three weeks, and giving Mr. Howard two weeks to reply. ECF No. 367.

2. Mr. Howard filed an Amended Motion to Vacate, Set Aside, or Correct Conviction and Sentence Under 28 U.S.C. § 2255 on August 13, 2020. ECF No. 368.

3. Undersigned government counsel needs additional time to conduct a review of the record and relevant case law in order to prepare the government's response.

4. Undersigned counsel therefore submit this stipulation, proposing that the government's response to the motion be due October 5, 2020; and that Mr. Howard be permitted to file any reply to that response on or before October 19, 2020.

DATED this 1st day of September, 2020.

| | |
|---|---|
| Lisa Rasmussen | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: *s/ Lisa Rasmussen*<br>LISA RASMUSSEN<br>*Counsel for Abdul Howard* | By: *s/ Adam Flake*<br>ADAM FLAKE<br>Assistant United States Attorney<br>*Counsel for the United States* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-cr-186-GMN-VCF-1 |
| Plaintiff, | ) | |
| vs. | ) | **(Proposed)** |
| ABDUL HOWARD, | ) | **ORDER** |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Mr. Howard's Amended Motion to Vacate, Set Aside, or Correct Conviction and Sentence Under 28 U.S.C. § 2255 be due on October 5, 2020; and that Mr. Howard be permitted to file any reply to that response on or before October 19, 2020.

DATED this __3__ of __Sept.__, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT