LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd.
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@Veldlaw.com

Attorneys for Abdul Howard

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>    Petitioner/Defendant. | Case No.: 2:13-cr-00186-GMN-VCF-1<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY** |

Petitioner/Defendant Abdul Howard, by and through his counsel, Lisa A Rasmussen, respectfully moves this court for a two week extension of time to file a reply to the government's response to his Amended 2255 Motion [ECF 368].

This Motion is based upon the following:

1. Mr. Howard's Amended 2255 Petition was filed on August 13, 2020.  [ECF 368.]
2. The government filed its Response on September 30, 2020.  [ECF 371.]
3. The Response is 45 pages and covers numerous substantive legal issues and the undersigned needs more than seven days to prepare a Reply to the government's Response.
4. The government is not opposed to a two-week extension of time.
5. The Reply brief is due today. This request is timely made and is not made for the purpose of delay and will not cause prejudice to Mr. Howard.  Denial of this request could cause him prejudice.

For each of the foregoing reasons, it is respectfully requested that this Court grant a two-week extension of time to file the Reply brief, until October 21, 2020.

Dated this 7th day of October, 2020.

Law Offices of Kristina Wildeveld & Associates

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that on October 7, 2020, I electronically filed the foregoing, UNOPPOSED MOTION FOR EXTENSION OF TIME, with the Clerk of the Court for the United States District Court for the District of Nevada by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users, including, but not limited to:

Mr. Adam Flake, AUSA

Law Offices of Kristina Wildeveld & Associates

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
*Attorneys for Abdul Howard*

IT IS SO ORDERED.

Dated this  8   day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT