# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

United States of America,

        Plaintiff(s),

v.

Abdul Howard,

        Defendant(s).

2:13-cr-00186-GMN-VCF

**ORDER**

Before the Court is the motion to request copy of the docket sheet (ECF No. 92).

Howard states that he has not received any orders since March 2023 and is requesting a copy of the docket sheet.

Accordingly,

IT IS HEREBY ORDERED that the motion to request copy of the docket sheet (ECF No. 92) is GRANTED.

The Clerk of Court is directed to mail a copy of the docket sheet to Abdul Howard.

DATED this 13th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1