LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@Veldlaw.com

Attorneys for Abdul Howard

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>    Petitioner/Defendant. | Case No.: 2:13-cr-00186-GMN-VCF-1<br><br>**STIPULATION REGARDING SUPPLEMENT AND ORDER** |

The parties, Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Adam Flake, and Defendant, Abdul Howard, by and through his counsel, Lisa Rasmussen, hereby stipulate as follows:

1. Mr. Howard has recent medical issues which his counsel believes are relevant to the Supplement. These issues began in the fall of 2023 and Mr. Abdul is in regular contact with Ms. Rasmussen over these issues. Mr. Howard had an MRI recently and Ms. Rasmussen would like to get the results of that diagnostic test.

2. The government obtained medical records today and provided those records to Ms. Rasmussen. It does not appear that the MRI results were included so there may be some outstanding records.

3. This Court appointed Ms. Rasmussen for the purpose of filing a supplement in late July 2023. ECF 427. Ms. Rasmussen believes that the medical issues are relevant to the supplement.

1

4. On December this Court entered a minute order nothing that no supplement has been filed and asked that one be filed on or before today's date.

5. Ms. Rasmussen has been dealing with an unexpected family tragedy that occurred just before Christmas and would like to have an additional 60 days to file the Supplement. The government is not opposed to this, nor is Mr. Howard. As noted, Ms. Rasmussen is in constant contact with Mr. Howard.

6. Therefore, the parties request that this Court enter an order that the Supplement be filed on or before March 22, 2023.

7. This stipulation is timely filed and is not made for the purpose of delay. Mr. Howard is sentenced to life in prison in this case and is not prejudiced by the extension of time sought herein.

Dated this 23rd day of January, 2024.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ *Lisa A. Rasmussen*

_____

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Defendant


**Jason Frierson, United States Attorney,**

/s/ *Adam Flake*

_____

By: Adam Flake
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Defendant shall have until March 22, 2024 to file a Supplement on behalf of Mr. Howard.

Dated: January 23, 2024

_____
The Honorable Gloria M. Navarro
United States District Judge

3