LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd.
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@Veldlaw.com

Attorneys for Abdul Howard

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff,<br><br>vs.<br><br>ABDUL HOWARD,<br><br>    Petitioner/Defendant. | Case No.: 2:13-cr-00186-GMN-VCF-1<br><br>**MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE SUPPLEMENT** |

COMES NOW Abdul Howard, by and through his counsel, Lisa A. Rasmussen, Esq., and hereby moves this Court for a one week extension of time to file Mr. Howard's supplement. This motion is based on the following:

1. The undersigned just completed briefing related to several issues for sentencing in <u>United States v. Whitmore</u>, 17-cr-110 APG, which consumed much of her week.

2. The undersigned also had substantial briefing due this week in two state court cases.

3. The undersigned is still missing and MRI report from a recent MRI that Mr. Howard recently underwent and will contact the government Monday to see if it is in his medical file now.  It was not in the last batch of medical records the government kindly (and timely) provided.

4. For each of these reasons, additional time is needed to complete his supplement.

1

5. The undersigned advised Mr. Howard of this via email and he does not object.

6. This request is not made for the purpose of delay and the undersigned has been in constant contact with Mr. Howard, he calls sometimes daily.

For each of these reasons, it is respectfully requested that the deadline to file Mr. Howard's supplement be extended one week to March 29, 2024.

Dated this 23rd day of January, 2024.

**The Law Offices of Kristina Wildeveld & Associates,**

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Defendant

### ORDER

Upon the stipulation of the parties, and good cause appearing,

Upon the defendant's motion, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have until March 29, 2024 to file a Supplement on behalf of Mr. Howard.

Dated: March 25, 2024         _____
The Honorable Gloria M. Navarro
United States District Judge

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I served a copy of the foregoing Motion to Extend Time to File Supplemental Motion by One Week upon the following persons via this Court's CM/ECF on this 24th day of March, 2024:

    Mr. Adam Flake, AUSA

                                      /s/ Lisa A. Rasmussen
                                    _____
                                    Lisa A. Rasmussen, Esq.
                                    Counsel for Abdul Howard