UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Respondent, ) <br> vs. ) <br> ) <br> ABDUL HOWARD, ) <br> ) <br> Petitioner. ) <br> ) | Case No.: 2:13-cr-00186-GMN-VCF <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Pending before the Court is Petitioner Abdul Howard's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (ECF No. 471).

**IT IS HEREBY ORDERED** that the Government shall have until October 7, 2024, to file a Response to the Motion to Vacate. Petitioner Abdul Howard's Reply will be due by October 28, 2024.

The Clerk of Court is kindly request to mail a copy of this Order to Petitioner's address listed on the docket.

**DATED** this __16__ day of September, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT