1

HOFLAND & TOMSHECK

2

JASON F. CARR

Nevada State Bar No. 06587

3

228 S. 4th St., 1st Floor

Las Vegas, Nevada 89101

4

Telephone: (702) 895-6760

5

Facsimile: (702) 731-6910

JasonC@Hoflandlaw.com

6

Attorney for Defendant

7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

9

10

UNITED STATE OF AMERICA,                    Case No. 2:13-cr-00186-GMN-VCF

              Plaintiff,

11

12

      v.

13

ABDUL HOWARD,

14

              Defendant.

15

16

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A SUPPLEMENT TO DEFENDANT'S PRO SE MOTION FOR SENTENCING REDUCTION (ECF 486)**

17

**(First Request)**

18

19

20

21

22

23

24

25

26

1

**POINTS AND AUTHORITIES**

2        The Defendant, Abdul Howard, by and through counsel of record, CJA

3   appointed counsel Jason F. Carr, hereby files this request for an extension of time to file

4   a Supplement to Defendant's pro se Motion for Sentence Reduction.  Defendant

5   Howard requests that this Court grant him an extension of time of eleven days to file a

6   Supplemental Motion for Sentence Reduction thereby rendering the supplemental

7   motion due on **November  7, 2025.**

8        The bases for the request are two-fold.  First, Mr. Howard recently informed

9   counsel that there have recent medical developments that are relevant to his

10  outstanding motion.  Mr. Howard believes these records are important.  Defense

11  counsel therefore contacted the medical records liaison on October 20, 2025, to receive

12  those updated records.  The United States Attorney's Office is responsive to Bureau of

13  Prisons medical record requests.  It should not take long to receive the requested

14  documents.

15       Second, defense counsel has long-standing plans to be out of the jurisdiction

16  until October 28, 2025.

17       This Motion is unopposed.  On October 17, 2025, the government counsel AUSA

18  Edward Penetar contacted the undersigned counsel and graciously agreed to Mr.

19  Howard's request for a brief continuance.  Government counsel's agreement to this

20  request is appreciated.

21        Counsel for Mr. Howard takes note that Mr. Howard's Motion is based on a

22  medical condition that requires treatment.  Counsel has, and will, endeavor in good

23  faith to finish the Supplement to Mr. Howard's Motion as expeditiously as possible.

24

25

26

For these reasons, Mr. Howard respectfully requests this Court permit him to file the Supplement to his outstanding motion by **November 7, 2025.**

Dated this 21th day of October, 2025.

Respectfully submitted,

*/s/ Jason F. Carr*
JASON F. CARR, ESQ.
HOFLAND & TOMSHECK

**ORDER**

For good cause showing, and the absence of objection from opposing counsel, **IT IS HEREBY ORDERED,** that defendant Abdul Howard's counseled Supplement to his pro se Motion for Sentence Reduction is due no later than **November 7, 2025.**

_____

UNITED STATES DISTRICT JUDGE

Dated:    October 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing documents by First-Class Mail, postage pre-paid, or have dispatched it to a third-party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants: Abdul Howard.

/s/Sarah Daniels
SARAH DANIELS, an employee of
HOFLAND & TOMSHECK